USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GREGORY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRONAI THERAPEUTICS INC., NICK GLOVER, AND SUKHI JAGPAL,<br><br>Defendants. | Civil Action No. 1:16-CV-08703 |

**[PROPOSED] ORDER GRANTING THE PRONAI INVESTOR GROUP'S MOTION FOR: (1) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (2) APPROVAL OF THEIR SELECTION OF LEVI & KORSINSKY LLP AS LEAD COUNSEL**

WHEREAS, in accordance with the provisions of Section 21D (a)(3)(A)(i) of the Exchange Act, on November 9, 2016, notice of the Lead Plaintiff deadline was published in *Globe News-Wire*, a widely circulated national business-oriented wire service, advising Class members of the pendency of the class action, the claims asserted therein, the purported Class Period, and their right to move this Court to be appointed Lead Plaintiff; and

WHEREAS, pursuant to Section 21D of the Exchange Act, any purported Class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before January 9, 2016; and

WHEREAS, Michael Gregory, Yeshan Jagroo and Mindy Frost (the "Pronai Investor Group") have filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, the Pronai Investor Group has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D (a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), the Pronai Investor Group seeks approval of their selection of Levi & Korsinsky LLP to serve as Lead Counsel for the Class.

AND NOW THIS 31st day of January 2017, the Court having considered the Pronai Investor Group's Motion for (1) Appointment as Co-Lead Plaintiffs; and (2) Approval of Their Selection of Levi & Korsinsky LLP as Lead Counsel and all supporting documents, and good cause appearing therefore, it is hereby ORDERED as follows:

### LEAD PLAINTIFF

1. The motion of the Pronai Investor Group to serve as Lead Plaintiff in the Action is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), the Pronai Investor Group is appointed as Lead Plaintiff for the Class.

### LEAD COUNSEL

2. The motion of the Pronai Investor Group for approval of its selection of Lead Counsel is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v), Levi & Korsinsky LLP is approved to serve Lead Counsel for the Class.

IT IS SO ORDERED.

DATED: 1/31/17

*Paul A. Engelmayer*

THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

4825-8989-3943, v. 1