USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MICHAEL GREGORY, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

PRONAI THERAPEUTICS INC., NICK GLOVER, and SUKHI JAGPAL,

Defendants.

---------------------------------------------------------------X

16 **CIVIL** 8703 (PAE)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 13, 2018, the Court dismisses the AC in its entirety, with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
March 14, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**